Falk *v.* Rausch, et al., Appellants.

Argued June 9, 1975. *Raymond T. DeRaymond,* with him *Theodore R. Lewis,* and *Coffin, DeRaymond, Shipman and Stitt,* for appellants; *Elwood M. Malos,* with him *Malos, Baurkot & Baratta,* for appellee.

Judgment affirmed.

Figures, et al., Appellants, *v.* American Mutual Insurance Company.

Argued June 11, 1975. *Allen L. Feingold,* for appellants; *Edward R. Murphy,* with him *Marshall, Dennehey & Warner,* for appellee.

Order affirmed.

SPAETH, J., absent.

Four States Builders, Inc., Appellant, v. Samuel Jacobs Distributors, Inc., et al.

opinion by DWYER, JR., J. Argued June 13, 1975. *Peter McCausland,* with him *Henry A. Stein,* and *Mesirov, Gelman, Jaffe & Cramer,* for appellant; *David M. Doret,* with him *Wolf, Block, Schorr & Solis-Cohen,* for appellee.

Order affirmed.

Garvin, et al. *v.* Guliante, Appellant, et al.